IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | |
|---|---|
| WILLIE D. GREER<br>Reg. #17373-076 | PETITIONER |
| V.     2:10CV00129 SWW/JTR | |
| T.C. OUTLAW, Warden,<br>FCI-Forrest City | RESPONDENT |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this case is DISMISSED WITH PREJUDICE.

DATED this 13th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE