IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIE D. GREER                                                                                    PETITIONER
Reg. #17373-076

V.                                        2:10CV00129 SWW/JTR

T.C. OUTLAW, Warden,                                                                      RESPONDENT
FCI-Forrest City

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITH PREJUDICE.

DATED this 13th day of June 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE